LAW OFFICE OF
# DONALD J. WEISS
363 SEVENTH AVENUE
7TH FLOOR
NEW YORK, NEW YORK 10001
212-967-4440
FAX: 212-505-6681
DJWLAW@MINDSPRING.COM

December 1, 2015

**VIA ECF**
Chief Judge Loretta A. Preska
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

   Re: Angela Darezzo v. Medi Winebar LLC and Hearst Communications Inc.
     Case no. 15CV9222 (LAP)

Dear Judge Preska:

 I am the attorney for the plaintiff in the referenced matter. Due to a clerical error, the complaint was initially incorrectly filed, resulting in the matter being administratively closed. The deficiency has now been corrected within five days of electronic transmission by the Clerk of a Notice of Deficient Filing. It is therefore respectfully requested that the case be reopened.

 Thank you for your time and attention herein and I apologize for any inconvenience.

            Very truly yours,

            Donald J. Weiss